OPINION OF THE COURT
 

 Memorandum.
 

 The order of the Appellate Division should be reversed, and a new trial ordered.
 

 The record is insufficient to establish a “ ‘substantial probability’ that the officer’s safety would be jeopardized” by the presence of defendant’s brother and sister in the courtroom
 
 (People v Nieves,
 
 90 NY2d 426, 431).
 

 Chief Judge Kaye and Judges Bellacosa, Smith, Levine, Ciparick, Wesley and Rosenblatt concur in memorandum.
 

 On review of submissions pursuant to section 500.4 of the Rules of the Court of Appeals (22 NYCRR 500.4), order reversed, etc.